UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EVANSTON INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>WORKLAND & WITHERSPOON, PLLC, a limited liability company, and ERIC SACHTJEN, an individual,<br><br>　　　　　Defendants. | NO: 2:14-CV-193-RMP<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

**BEFORE** the Court is a Stipulated Motion for Dismissal, ECF No. 52. Having reviewed the Motion and the file and pleadings therein, the Court finds good cause to approve dismissal. Accordingly, **IT IS HEREBY ORDERED:**

1. The Stipulated Motion for Dimissal, **ECF No. 52**, is **GRANTED**. Plaintiff's Complaint is dismissed with prejudice and without costs to any party.

2. All pending motions, if any, are **DENIED AS MOOT**.

3. All scheduled court hearings, if any, are **STRICKEN**.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

1  The District Court Clerk is directed to enter this Order, provide copies to
2  counsel, and **close this case**.
3  **DATED** this 10th day of August 2015.

4

5                   *s/ Rosanna Malouf Peterson*
                 ROSANNA MALOUF PETERSON
6                   Chief United States District Court Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

ORDER OF DISMISSAL WITH PREJUDICE ~ 2